**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| *ex rel.* [PARTY X], | : | |
| Plaintiffs, | : | **FILED UNDER SEAL** |
| v. | : | **CIVIL NO. ELH-14-2535** |
| [PARTY Y], | : | |
| Defendants. | : | |

...oOo...

# FILED UNDER SEAL

2

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>*ex rel.* DEBORAH SHELDON, *et al.*, | : | |
| | : | |
| Plaintiffs, | : | **FILED UNDER SEAL** |
| | : | |
| v. | : | **CIVIL NO. ELH-14-2535** |
| | : | |
| TANGO MERGER SUB 2 LLC, *et al.*,<br>Defendants. | : | |

...oOo...

## THE GOVERNMENT'S NOTICE OF ELECTION
## TO DECLINE INTERVENTION

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B) and analogous state False Claims Act statutes, the United States notifies the Court of the decision of the United States and the plaintiff States (collectively, the "Government") not to intervene in this action.[1]

Although the United States and the plaintiff States decline to intervene, we respectfully refer the Court to 31 U.S.C. § 3730(b)(1) and analogous state statutes, which allow the relator to maintain the action in the name of the Government; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id.* Therefore, the Government requests that, should either the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, this Court should solicit the written consent of the Government before ruling or granting its approval.

---

[1] Undersigned counsel has consulted with Carrie L. Bashaw, senior counsel of the Medicaid Fraud Control Unit for the State of Washington, the authorized representative for the plaintiff States in this case, and the undersigned inform the Court of the plaintiff States' decision on that basis.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3) and analogous state statutes, the Government requests that all pleadings filed in this action be served upon the United States and plaintiff States; the Government also requests that orders issued by the Court be sent to all Government's counsel. The Government reserves its right to order any deposition transcripts, to intervene in this action, for good cause, at a later date, and to seek the dismissal or the relator's action or claim. The Government also requests that it be served with all notices of appeal.

Finally, the Government requests that the relator's Complaint, this Notice, and the attached proposed Order be unsealed. The Government requests that all other papers on file in this action remain under seal because in discussing the content and extent of the Government's investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

Respectfully submitted,

Robert K. Hur
United States Attorney

Rebecca A. Koch (Bar No. 802108)
Roann Nichols (Bar No. 07871)
Assistant United States Attorneys
36 S. Charles St., 4th Floor
Baltimore, Maryland 21201
Telephone: 410-209-4800
Facsimile: 410-962-2310

4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _17th_ day of September 2019, a copy of the foregoing

Government's Notice to Decline Intervention was sent by first class mail, postage prepaid, to:

Joel Hesch, Esquire
The Hesch Firm, LLC
3540 Ridgecroft Dr.
Lynchburg, VA 24503

Gregory M. Utter, Esquire
Joseph M. Callow, Jr., Esquire
Keating Muething & Klekamp PLL
One East Fourth St., Suite 1400
Cincinnati, Ohio 45202-3752

Roann Nichols
Assistant United States Attorney

2