_____FILED _____ENTERED
_____LOGGED _____RECEIVED

SEP 1 7 2019

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA,                        :
*ex rel.* DEBORAH SHELDON, *et al.*,
                                                 :

       **Plaintiffs,**                         :      **FILED UNDER SEAL**

                                            :      **CIVIL NO. ELH-14-2535**

    v.                                        :

TANGO MERGER SUB 2 LLC, *et al.*,
       **Defendants.**                         :

...oOo...

### ORDER

The United States and plaintiff States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B) and analogous state statutes, the Court rules as follows:

IT IS ORDERED that,

1.    the complaint be unsealed and served upon the defendants by the relator;

2.    all other contends of the Court's file in this action remain under seal and not be made public or served upon the defendants, except for this Order and the Government's Notice of Election to Decline Intervention, which the relator will serve upon defendants only after service of the complaint;

3.    the seal be lifted as to all other matters occurring in this action after the date of this Order;

4.    the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States and plaintiff States, as provided for in 31 U.S.C.

§ 3730(c)(3) and analogous state statutes.   The United States and named plaintiff States may order any deposition transcripts and are entitled to intervene in this action, for good cause, at any time;

5.      the parties shall serve all notices of appeal upon the United States and named plaintiff States;

6.      all orders of this Court shall be sent to the United States and named plaintiff States; and that

7.      should the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States and named plaintiff States before ruling or granting its approval.

IT IS SO ORDERED this _____ 17th day of _____ Sept _____, 2019.


Ellen L. Hollander
United States District Judge