# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA, STATE
OF MARYLAND,
*ex rel.* DEBORAH SHELDON, *et al.*

        Plaintiffs,              CIVIL NO. ELH-14-2535

*v.*

TANGO MERGER SUB 2 LLC, *et al.*,
        Defendants.

## STATE OF MARYLAND'S SUPPLEMENTAL NOTICE OF DECLINATION

Pursuant to the Maryland False Health Claims Act, MD. CODE ANN., HEALTH GEN, § 2-601 *et seq.*, the State of Maryland ("Maryland") hereby states:

1. On September 17, 2019, the United States, on behalf of the federal government and the plaintiff states (including Maryland), notified the Court that all of the government plaintiffs would not intervene in this matter. Dkt. No. 41. The Court entered its declination order that same day. Dkt. No. 42.

2. The specific declination requirements under Maryland law however were inadvertently omitted from those pleadings.

3. Maryland's False Health Claims Act provides that "[i]f the State does not elect to intervene and proceed with the action…, the court shall dismiss that action." MD. CODE ANN., HEALTH GEN, § 2-604(a)(7).

4. Since Maryland has declined intervention, the Court must accordingly dismiss all claims as to Maryland without prejudice.

A proposed order accompanies this notice.

Respectfully submitted,

**BRIAN E. FROSH**

Maryland Attorney General

*[signature]*

**Raja Mishra** (Bar No. 19414)
 Assistant Attorney General
200 St. Paul Place
Baltimore, Maryland 21202
(410) 576-6381 (ph)
(410) 576-6314 (fax)
rmishra@oag.state.md.us

## CERTIFICATE OF SERVICE

I HEREBY CERTFY that on this 21st day of October 2019, a copy of the foregoing paper was sent by first class mail, postage prepaid, to:

Joel Hesch, Esq.
The Hesch Firm, LLC
3540 Ridgecroft Drive
Lynchburg, VA 24503

Gregory M. Utter, Esq.
Joseph M. Callow, Jr., Esq.
Keating Muething & Klekamp PLL
1 East Fourth St., Suite 1400
Cincinnati, OH 45202-3752

Roann Nichols
Assistant U.S. Attorney
36 S. Charles Street, 4th Floor
Baltimore, MD 21201

**Raja Mishra**
Assistant Attorney General
State of Maryland