FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

2019 OCT 21 PM 4: 16

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

UNITED STATES OF AMERICA, STATE
OF MARYLAND,
*ex rel.* DEBORAH SHELDON, *et al.*

        Plaintiffs,

        *v.*

TANGO MERGER SUB 2 LLC, *et al.,*
        Defendants.

CIVIL NO. ELH-14-2535

---

## ORDER

The State of Maryland having declined to intervene in this action pursuant to the

Maryland False Health Claims Act, MD. CODE ANN., HEALTH-GEN. § 2-604(a)(6)(i), it is

hereby **ORDERED** that:

All claims asserted on behalf of Maryland are dismissed without prejudice, pursuant

to the Maryland False Health Claims Act, MD. CODE ANN., HEALTH GEN. § 2-604(a)(7).

DATED this 21st day of ___Oct.___, 2019.

Ellen L. Hollander
United States District Judge