UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES *ex rel.* DEBORAH SHELDON, *et al.*,

    Plaintiff-Relator,

v.

FOREST LABORATORIES, LLC, *et al.*,

    Defendants.

Case No. 1:14-cv-02535-ELH

**MEMORANDUM IN SUPPORT OF JOINT MOTION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO AMENDED COMPLAINT AND TO SET A BRIEFING SCHEDULE**

Plaintiff-Relator Deborah Sheldon ("Relator") and Defendants Forest Laboratories, LLC, Forest Pharmaceuticals, Inc., and Allergan, PLC[2] (collectively, "Defendants") respectfully submit this memorandum in support of their joint motion to extend the time for Defendants to respond to the Amended Complaint, and to set a briefing schedule in the event that Defendants respond to the Amended Complaint by filing a motion to dismiss.

Relator filed her original Complaint under seal on August 11, 2014. (ECF No. 1.) On August 30, 2016, Relator filed an Amended Complaint also under seal. (ECF No. 16.) On September 17, 2019, the government filed a notice of election to decline intervention. (ECF No. 41.) On that same date, the Court also ordered that the original Complaint be unsealed and served on Defendants. (ECF No. 42.) On October 16, 2019, the Court ordered that the Amended Complaint be unsealed and served on Defendants. (ECF No. 44.)

---

[2] The defendants named in the most recent complaint are Forest Laboratories, LLC, Forest Pharmaceuticals, Inc., and Allergan, PLC. As of January 1, 2018, Forest Laboratories LLC and Forest Pharmaceuticals, Inc. were merged into Allergan Sales, LLC and no longer exist. Therefore, pending a formal substitution, service has been waived on behalf of Forest Laboratories, LLC and Forest Pharmaceutical, Inc., as predecessors in interest to Allergan Sales, LLC. In addition, the parties have agreed that waiver of service on Allergan, PLC, a foreign parent corporation, does not waive or otherwise compromise defendants' ability to move to dismiss with respect to that entity for lack of personal jurisdiction.

By email dated November 19, 2019, Relator's counsel asked if Defendants were willing to waive service, which Defendants subsequently did through waivers executed on November 27, 2019. As a result, the current deadline for Defendants to respond to the Amended Complaint is January 21, 2020.

The parties have discussed and agreed upon a proposed briefing schedule for the Court's consideration as follows:

- Defendants will respond to the Amended Complaint by **February 21, 2020**.
- If Defendants respond by filing a motion to dismiss, Relator will have until **April 6, 2020** to file an opposition brief.
- Defendants may then have until **May 6, 2020** to file a reply brief.

Based on the foregoing, the parties jointly move to extend the deadline for Defendants to respond to the Amended Complaint to February 21, 2020 and respectfully request that the Court set the briefing schedule proposed above.

Dated:  December 20, 2019

Respectfully submitted,

By:  */s/ Sean Hennessy*
Sean Hennessy (Bar No. 18783)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., N.W.
Washington, D.C.  20001
Phone: (202) 942-5644
Fax:  (202) 942-5999

Michael A. Rogoff (reactivation pending)
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th St.
New York, NY  10019
Phone: (212) 836-7684
Fax:  (212) 836-8689

James W. Matthews (*pro hac vice* application forthcoming)
Katy E. Koski (*pro hac vice* application forthcoming)
FOLEY & LARDNER LLP
111 Huntington Ave.
Boston, MA  02199
Phone: (617) 502-3242
Fax: (617) 342-4001

*Attorneys for Defendants*

By:  */s/ Gregory M. Utter*
Gregory M. Utter
Joseph M. Callow, Jr.
Jacob D. Rhode
KEATING MUETHING & KLEKAMP PLL
One East Fourth St., Suite 1400
Cincinnati, OH  45202
Phone: (513) 579-6538
Fax:  (513) 579-6457

Joel D. Hesch (Bar No. 06350)
THE HESCH FIRM, LLC
3540 Ridgecroft Dr.
Lynchburg, VA  24503
Phone: (434) 592-4251
Fax: (434) 582-7903

*Attorneys for Relator Deborah Sheldon*