# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES *ex rel.* DEBORAH SHELDON, *et al.*,<br><br>　　　　　Plaintiff-Relator,<br>v.<br><br>FOREST LABORATORIES, LLC, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:14-cv-02535-ELH |

## [PROPOSED] ORDER

Having considered the Joint Motion to Extend Time for Defendants to Respond to Amended Complaint and to Set a Briefing Schedule,

it is ORDERED that the deadline for Defendants Forest Laboratories, LLC, Forest Pharmaceuticals, Inc., and Allergan, PLC to respond to the Amended Complaint is extended up to and including **February 21, 2020**. It is further ORDERED that if Defendants respond to the Amended Complaint by filing a motion to dismiss, Relator will have until **April 6, 2020** to file an opposition brief, and Defendants may then have until **May 6, 2020** to file a reply brief.

**IT IS SO ORDERED.**


Dated: _____

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Hon. Ellen L. Hollander
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge