FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2019 DEC 20 PM 6:12

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

UNITED STATES *ex rel.* DEBORAH SHELDON, *et al.*,

Plaintiff-Relator,

v.

FOREST LABORATORIES, LLC, *et al.*,

Defendants.

Case No. 1:14-cv-02535-ELH

ELH

### [PROPOSED] ORDER

Having considered the Joint Motion to Extend Time for Defendants to Respond to Amended Complaint and to Set a Briefing Schedule,

It is ORDERED that the deadline for Defendants Forest Laboratories, LLC, Forest Pharmaceuticals, Inc., and Allergan, PLC to respond to the Amended Complaint is extended up to and including January 21, 2020, subject to further Order of the Court, to be discussed in a telephone conference on 1/13/20 at 5 p.m. ~~It is further ORDERED that if Defendants respond to the Amended Complaint by filing a motion to dismiss, Relator will have until April 6, 2020 to file an opposition brief, and Defendants may then have until May 6, 2020 to file a reply brief.~~

**IT IS SO ORDERED.**

Dated: 12/20/19

*Ellen L. Hollander*
Hon. Ellen L. Hollander
United States District Judge