# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA,** *ex rel.* **DEBORA SHELDON,** *et al.***,** | Case No. 1:14-cv-02535-ELH |
| **Plaintiffs,** | |
| -v- | |
| **FOREST LABORATORIES, LLC,** *et al.***,** | **[PROPOSED] ORDER ON BRIEFING SCHEDULE** |
| **Defendants.** | |

Following up on the January 13, 2020 teleconference and based upon Defendants' statement that they intend to file a motion to dismiss in response to the Plaintiff's Amended Complaint, the Court orders the following briefing schedule;

It is ORDERED that Defendants shall file their motion to dismiss on March 2, 2020. Plaintiff shall file any Memorandum in Opposition on April 6, 2020. Defendants shall file their Reply Memorandum in Support of their Motion on April 27, 2020.

**IT IS SO ORDERED**.


Dated: _____


_____
Hon. Ellen L. Hollander
United States District Judge