Case 1:14-cv-02535-ELH Document 68 Filed 01/14/20 Page 1 of 1

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2020 JAN 14 PM 7: 14

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* DEBORA SHELDON, *et al.*, <br><br> Plaintiffs, <br><br> -v- <br><br> FOREST LABORATORIES, LLC, *et al.*, <br><br> Defendants. | Case No. 1:14-cv-02535-ELH <br><br><br><br><br> [~~PROPOSED~~] ORDER ON BRIEFING SCHEDULE |

Following up on the January 13, 2020 teleconference and based upon Defendants' statement that they intend to file a motion to dismiss in response to the Plaintiff's Amended Complaint, the Court orders the following briefing schedule;

It is ORDERED that Defendants shall file their motion to dismiss on March 2, 2020. Plaintiff shall file any Memorandum in Opposition on April 6, 2020. Defendants shall file their Reply Memorandum in Support of their Motion on April 27, 2020.

**IT IS SO ORDERED.**

Dated: 1/14/20

Hon. Ellen L. Hollander
United States District Judge

1