**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| UNITED STATES *ex rel.* DEBORAH SHELDON, *et al.*,<br><br>　　　　Plaintiff-Relator,<br>　v.<br><br>FOREST LABORATORIES, LLC, *et al.*,<br><br>　　　　Defendants. | Case No. 1:14-cv-02535-ELH |

**JOINT STIPULATION BETWEEN PLAINTIFF AND DEFENDANTS
OF DISMISSAL OF ALLERGAN PLC WITHOUT PREJUDICE AND
SUBSTITUTION OF ALLERGAN SALES, LLC**

1. The undersigned counsel for Defendants have represented to counsel for Plaintiff-Relator Deborah Sheldon ("Plaintiff") that there is no basis for the exercise of personal jurisdiction over Allergan PLC. Specifically, they have represented that Allergan PLC is incorporated in Ireland and has its headquarters and principal place of business in Ireland. They have further represented that Allergan PLC does not manufacture or sell goods in the United States or elsewhere.

2. Based on the foregoing representations, Plaintiff agrees to dismiss Allergan PLC as a Defendant in this lawsuit, without prejudice. The Parties agree that should Plaintiff discover at any point during the pendency of this lawsuit that there is a basis for personal jurisdiction over Allergan PLC, Plaintiff shall have the right to amend the Complaint to add Allergan PLC, and Defendants will not assert a statute of limitations defense with respect to Allergan PLC based on this dismissal.

3. As to the remaining Defendants in this lawsuit, the undersigned counsel for Defendants have represented that, as of January 1, 2018, Forest Laboratories, LLC and Forest Pharmaceuticals, Inc. were merged into Allergan Sales, LLC and no longer exist. Allergan Sales, LLC is the successor in interest to Forest Laboratories, LLC and Forest Pharmaceuticals, Inc.

4. The Parties accordingly further stipulate and agree that Allergan Sales, LLC is substituted

as a named defendant for Forest Laboratories, LLC and Forest Pharmaceuticals, Inc.

Dated:  March 2, 2020          Respectfully submitted,

By: /s/ Sean Hennessy (per consent)
Sean Hennessy (Bar No. 18783)
Christian D. Sheehan (*pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., N.W.
Washington, D.C.  20001
Phone: (202) 942-5644
Fax:  (202) 942-5999
Sean.hennessy@arnoldporter.com
Christian.sheehan@arnoldporter.com

Michael A. Rogoff (*pro hac vice*)
Paula R. Ramer (*pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th St.
New York, NY  10019
Phone: (212) 836-7684
Fax:  (212) 836-8689
Michael.rogoff@arnoldporter.com
Paula.ramer@arnoldporter.com

Lauren A. Champaign (No. 18629)
FOLEY & LARDNER LLP
Washington Harbour
3000 K Street, NW Suite 600
Washington, DC 20007
(202) 672-5300
(202) 672-5399
lchampaign@foley.com

James W. Matthews (*pro hac vice*)
Katy E. Koski (*pro hac vice*)
FOLEY & LARDNER LLP
111 Huntington Ave.
Boston, MA  02199
Phone: (617) 502-3242
Fax: (617) 342-4001

*Attorneys for Defendants*

By: /s/ Gregory M. Utter
Gregory M. Utter (*pro hac vice*)
Joseph M. Callow, Jr.(*pro hac vice*)
Jacob D. Rhode (*pro hac vice* application forthcoming)
KEATING MUETHING & KLEKAMP PLL
One East Fourth St., Suite 1400
Cincinnati, OH  45202
Phone: (513) 579-6538
Fax:  (513) 579-6457

Joel D. Hesch (Bar No. 06350)
THE HESCH FIRM, LLC
3540 Ridgecroft Dr.
Lynchburg, VA  24503
Phone: (434) 592-4251
Fax: (434) 582-7903

*Attorneys for Relator Deborah Sheldon*