UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA,** *ex rel.* **DEBORAH SHELDON,** *et al.*, <br><br> Plaintiffs, <br><br> -v- <br><br> **FOREST LABORATORIES, LLC** <br> **f/k/a TANGO MERGER SUB 2 LLC** <br> **f/k/a FOREST LABORATORIES, INC.,** <br> *et al.* <br><br> Defendants. | Case No. 1:14-cv-02535-ELH <br><br> (Judge Ellen L. Hollander) |

## ORDER

Upon full consideration, Plaintiff's Motion Requesting a New Briefing Schedule to Finalize Briefing on Defendants' Motion to Dismiss (ECF 77) is hereby **GANTED** in part.

- Plaintiff's Opposition brief shall be filed on or before April 27, 2020; and

- Defendants' Reply brief shall be filed on or before May 18, 2020, unless, by 5/4/20, defendants seek an extension, based on issues relating to the pandemic.*

It is **FURTHER ORDERED** that the Parties shall confer with Judge Gesner to reschedule the 5/7/20 settlement conference to a mutually-agreeable date after briefing concludes, in a manner deemed appropriate by Judge Gesner.

**SO ORDERED.**

Dated: 4/20, 2020.

* The Court notes that this case dates to 2014, and the issues in ECF 72 (the motion to dismiss) are legal ones.

Ellen L. Hollander
The Honorable Ellen L. Hollander
United States District Judge