UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
BETH P. GESNER
CHIEF UNITED STATES MAGISTRATE JUDGE
MDD_BPGchambers@mdd.uscourts.gov

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-4288

June 22, 2020

Joel D. Hesch, Esquire
3540 Ridgecroft Dr.
Lynchburg, VA  24503

Gregory M. Utter, Esquire
Joseph M. Callow, Jr., Esquire
Keating, Muething & Klekamp, PLL
One E. Fourth Street, Suite 1400
Cincinnati, OH  45202-3752

James W. Matthews, Esquire
Katy E. Koski, Esquire
Foley & Lardner, LLP
111 Huntington Avenue, Suite 2600
Boston, MA  02199

Lauren Champaign, Esquire
Foley & Lardner, LLP
3000 K St., N.W., Suite 600
Washington, DC  20007

Sean Hennessy, Esquire
Christian D. Sheehan, Esquire
Arnold & Porter
601 Massachusetts Ave., N.W.
Washington, DC  20001

Michael A. Rogoff, Esquire
Paula Ramer, Esquire
Arnold & Porter
250 W. 55th Street
New York, NY  10019

Rebecca Koch, Esquire
Roann Nichols, Esquire
Office of the United States Attorney
36 S. Charles Street, 4th Floor
Baltimore, MD  21201

RE: <u>USA, ex rel. Deborah Sheldon, et al. v. Forest Laboratories, LLC, et al.</u>
Civil No. ELH-14-2535

Dear Counsel:

This will confirm that, based upon my review of your <u>ex parte</u> letters and my separate discussions with counsel for each party, I have concluded that it will not be productive to proceed with the settlement conference scheduled for June 25, 2020.  Accordingly, I am cancelling the

settlement conference. Please contact my chambers at any time if you would like to resume settlement discussions.

Despite the informal nature of this letter, it is an Order of the Court and will be docketed accordingly.

Very truly yours,

/s/

Beth P. Gesner
Chief United States Magistrate Judge