**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| UNITED STATES *ex rel.* DEBORAH SHELDON, ) ) ) | |
| Plaintiff-Relator, ) ) | |
| vs. ) ) | Case No. 1:14-cv-02535-ELH |
| FOREST LABORATORIES, LLC, *et al.*, ) ) | |
| Defendants. ) | |

**DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendant Allergan Sales, LLC ("Allergan")[1] submits this Notice of Supplemental Authority to bring to the Court's attention a recent opinion of the United States Court of Appeals for the Fourth Circuit that addresses an issue relevant to Allergan's pending motion to dismiss (Dkt. 72). A true and correct copy of the Fourth Circuit's June 15, 2020 opinion in *United States ex rel. Complin v. North Carolina Baptist Hospital*, No. 19-1243, 2020 WL 3167634 (per curiam), is attached as Exhibit A. The Fourth Circuit's opinion affirms a decision cited by Allergan in its motion to dismiss briefing. *See* Dkt. 72-1 at 19, 20, 21, 22; Dkt. 82 at 14.

In *Complin*, the Fourth Circuit affirmed dismissal of a False Claims Act ("FCA") *qui tam* complaint under Rule 12(b)(6) on the ground that the relator failed to adequately plead scienter. The Court reasoned that "establishing even the loosest standard of knowledge [under the FCA], i.e., acting in reckless disregard of the truth or falsity of the information, is difficult when falsity turns on a disputed interpretative question." 2020 WL 3167634, at *4 (quoting *United States ex rel. Purcell v. MWI Corp.*, 807 F.3d 281, 288 (D.C. 2015)). Although the *Purcell* decision on

---

[1] Pursuant to the Court's March 3, 2020 Order (Dkt. 75), Allergan Sales, LLC was substituted as the named defendant for Forest Pharmaceuticals, Inc. and Forest Laboratories, LLC.

1

which the Court relied involved a summary judgment motion, the Court found its reasoning equally applicable at the motion to dismiss stage. *Id.*; *see also id.* at *3 n.5 (emphasizing scienter may be resolved on motion to dismiss). Therefore, because the relator in *Complin* did not plead facts showing that the defendant was "warned away" from its interpretation, the "regulatory ambiguity"—in a "complex and highly technical" area of the law—precluded the relator from plausibly pleading a FCA claim. *Id.* at *4 & n.6. The Court further held that the supposed warnings alleged by the relator were insufficient because they reflected the type of "non-authoritative guidance" that "generally 'is not enough to warn a regulated defendant away from an otherwise reasonable interpretation' of a regulation for purposes of establishing FCA scienter." *Id.* at *4 n.6 (quoting *Purcell*, 807 F.3d at 290).

Because the *Complin* opinion is relevant to Allergan's pending motion to dismiss, Allergan submits it for the Court's consideration.

Respectfully submitted,

*/s/ Sean Hennessy*
Sean Hennessy (No. 18783)
Christian D. Sheehan (*pro hac vice*)
ARNOLD & PORTER
  KAYE SCHOLER LLP
601 Massachusetts Avenue NW
Washington, DC 20001
(202) 942-6000
(202) 942-5999 (facsimile)
sean.hennessy@arnoldporter.com
christian.sheehan@arnoldporter.com

Lauren A. Champaign (No. 18629)
FOLEY & LARDNER LLP
Washington Harbour
3000 K Street, N.W., Suite 600
Washington, DC 20007
(202) 672-5300
(202) 672-5399 (facsimile)
lchampaign@foley.com

[Additional Counsel Listed on Next Page]
2

| | |
|---|---|
| James W. Matthews (*pro hac vice*) | Michael A. Rogoff (*pro hac vice*) |
| Katy E. Koski (*pro hac vice*) | Paula R. Ramer (*pro hac vice*) |
| FOLEY & LARDNER LLP | ARNOLD & PORTER |
| 111 Huntington Avenue |    KAYE SCHOLER LLP |
| Boston, MA 02199 | 250 West 55th Street |
| (617) 502-3242 | New York, NY 10019 |
| (617) 342-4001 (facsimile) | (212) 836-8000 |
| jmatthews@foley.com | (212) 836-8689 (facsimile) |
| kkoski@foley.com | michael.rogoff@arnoldporter.com |
| | paula.ramer@arnoldporter.com |

*Attorneys for Defendant Allergan Sales, LLC*

July 1, 2020

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of July, 2020, I caused the foregoing to be served by email through the Court's Electronic Case Filing system upon all attorneys of record.

                                                 /s/ *Sean Hennessy*
                                                 Sean Hennessy