UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ) <br> TROY SHELDON ) <br> ) <br> **and** ) <br> ) <br> UNITED STATES OF AMERICA, *ex rel.* ) <br> DEBORAH SHELDON ) <br> ) <br> ) <br> **and** ) <br> ) <br> THE STATE OF CALIFORNIA, THE ) <br> STATE OF COLORADO, THE STATE ) <br> OF CONNECTICUT, THE DISTRICT ) <br> OF COLUMBIA, THE STATE OF ) <br> DELAWARE, THE STATE OF ) <br> FLORIDA, THE STATE OF GEORGIA, ) <br> THE STATE OF HAWAII, THE STATE ) <br> OF ILLINOIS, THE STATE OF ) <br> INDIANA, THE STATE OF IOWA, THE ) <br> STATE OF LOUISIANA MEDICAL ) <br> ASSISTANCE PROGRAMS, THE ) <br> STATE OF MARYLAND, THE ) <br> COMMONWEALTH OF ) <br> MASSACHUSETTS, THE STATE OF ) <br> MICHIGAN, THE STATE OF ) <br> MINNESOTA, THE STATE OF ) <br> MONTANA, THE STATE OF NEVADA, ) <br> THE STATE OF NEW HAMPSHIRE, ) <br> THE STATE OF NEW JERSEY, THE ) <br> STATE OF NEW MEXICO, THE STATE ) <br> OF NEW YORK, THE STATE OF ) <br> NORTH CAROLINA, THE STATE OF ) <br> OKLAHOMA, THE STATE OF RHODE ) <br> ISLAND, THE STATE OF TENNESSEE, ) <br> THE STATE OF TEXAS, THE ) <br> COMMONWEALTH OF VIRGINIA, ) <br> THE STATE OF WASHINGTON, AND ) <br> THE STATE OF WISCONSIN ) <br> ) <br> **Relator/Qui Tam Plaintiff,** ) <br> ) <br> **-v-** ) <br> ) | Case No. 1:14-cv-02535-ELH <br><br><br><br> **NOTICE OF APPEAL** |

| | |
|---|---|
| **TANGO MERGER SUB 2 LLC,** | ) |
| **FOREST PHARMACEUTICALS, INC.,** | ) |
| **FOREST LABORATORIES, LLC,** | ) |
| **ALLERGAN, PLC, ALLERGAN SALES,** | ) |
| **LLC** | ) |
| | ) |
| **Defendants** | ) |

Notice is hereby given that all plaintiffs in the above named case hereby appeal to the United States Court of Appeals for the Fourth Circuit from the Judgment entered in this action on the 6th day of November, 2020.

                                                Respectfully submitted,

*/s/ Gregory M. Utter*
Gregory M. Utter (Ohio Bar No. 0032528)*
Joseph M. Callow, Jr. (Ohio Bar No. 0061814)*
KEATING MUETHING & KLEKAMP PLL
One East Fourth St., Suite 1400
Cincinnati, Ohio 45202
Phone: (513) 579-6538
Fax: (513) 579-6457
Email:  gmutter@kmklaw.com
        jcallow@kmklaw.com

Joel D. Hesch, Esq. (Md. Bar 1988; D. Md. 06350)
THE HESCH FIRM, LLC
3540 Ridgecroft Dr.
Lynchburg, VA 24503
Phone: (434) 229-8677
Email: joel@howtoreportfraud.com

*Attorneys for Deborah Sheldon, as Executrix of the Estate of Relator Troy Sheldon*

*Admitted pro hac vice

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was electronically filed using the Court's ECF system on this December 1, 2020. Parties will receive notice through the ECF system.

*/s/ Gregory M. Utter*
Gregory M. Utter