FILED: May 10, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-2330
(1:14-cv-02535-ELH)

_____

UNITED STATES EX REL. DEBORAH SHELDON, Executrix of the Estate of Troy Sheldon, United States of America, ex rel.

      Plaintiff - Appellant

v.

ALLERGAN SALES, LLC

      Defendant - Appellee

------------------------------

UNITED STATES OF AMERICA; TAXPAYERS AGAINST FRAUD EDUCATION FUND

      Amici Supporting Appellant

WASHINGTON LEGAL FOUNDATION; CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA; PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA

      Amici Supporting Appellee

_____

O R D E R

_____

A majority of judges in regular active service and not disqualified having voted in a requested poll of the court to grant the petition for rehearing en banc,

IT IS ORDERED that rehearing en banc is granted.

The parties shall file 16 additional paper copies of their briefs and appendices previously filed in this case within 10 days.

This case is tentatively scheduled for oral argument at the next available session.

For the Court

/s/ Patricia S. Connor, Clerk