# United States District Court
## District Of Maryland

Chambers of
**Ellen Lipton Hollander**
District Court Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0742

August 30, 2023

LETTER TO COUNSEL

  Re: *United States, ex rel. Deborah Shelton v. Allergan Sales, LLC*
     Civil No.:  ELH-14-2535

Dear Counsel:

  This letter shall confirm our discussions during the lengthy telephone scheduling conference held on August 30, 2023. During the conference, we discussed the parties' submissions at ECF 104 and ECF 105.

  The following schedule shall govern:

1. Defendants' motion to dismiss is due by the close of business on **October 16, 2023.**

2. Plaintiff's opposition to the motion to dismiss is due by the close of business on **November 17, 2023.**

3. Defendants' reply is due by the close of business on **December 18, 2023.**

  Despite the informal nature of this letter, it is an Order of the Court and shall be docketed as such.

                Sincerely,

                /s/
                Ellen L. Hollander
                United States District Judge