IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES *ex rel.* DEBORAH SHELDON,<br><br>*Plaintiffs*,<br><br>v.<br><br>FOREST LABORATORIES, *et al.*<br><br>*Defendants*. | Civil Action No. ELH-14-2535 |

**ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, it is this 23rd day of July 2024, by the United States District Court for the District of Maryland, hereby **ORDERED**:

1. "Defendants' Motion to Dismiss Amended Complaint" (ECF 112) is **GRANTED**.

2. The Clerk is directed to **CLOSE** the case.

/s/
Ellen Lipton Hollander
United States District Judge