UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ) <br> DEBORAH SHELDON, as EXECUTRIX ) <br> OF THE ESTATE OF RELATOR TROY ) <br> SHELDON, ) <br> ) <br> **Plaintiff** ) <br> **-v-** ) <br> ) <br> **FOREST LABORATORIES, LLC, et al.** ) <br> ) <br> **Defendants.** ) | Case No. 1:14-cv-02535-ELH <br><br> (Judge Ellen L. Hollander) |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff/Relator Deborah Sheldon hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Memorandum and Opinion, (Dkt. 130), and Order, (Dkt. 131), both entered in this action on the 23rd day of July, 2024. Ms. Sheldon seeks review of all findings, decisions, and orders on which the Memorandum and Opinion and Order depend or are based.

Respectfully submitted,

/s/ Joel D. Hesch
Joel D. Hesch, Esq. (Md. Bar 1988; D. Md. 06350)
THE HESCH FIRM, LLC
3540 Ridgecroft Dr.
Lynchburg, VA 24503
Phone: (434) 229-8677
Email: joel@howtoreportfraud.com

Joseph M. Callow, Jr. (Ohio Bar No. 0061814)
Gregory M. Utter (Ohio Bar No. 0032528)
CALLOW + UTTER LAW GROUP
8044 Montgomery Road, Suite 170
Cincinnati, Ohio 45236
Phone: (513) 378-0141

jcallow@callowandutter.com
gmutter@callowandutter.com

*Attorneys for Deborah Sheldon, as Executrix of the Estate of Relator Troy Sheldon*

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was electronically filed using the Court's ECF system on this 15th day of August, 2024. Parties will receive notice through the ECF system.

*/s/ Joel D. Hesch*
Joel D. Hesch